IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHEREE BENEFIELD<br><br>Plaintiff,<br><br>v.<br><br>FMR. OFFICER MYRON HOWARD in his Individual capacity, OFFICER LEON KING In his individual capacity, CHIEF OF POLICE CHRISTOPHER BAILEY in his official capacity And CITY OF INDIANAPOLIS<br><br>Defendant. | ) | Case No. **1:25-cv-00170-TWP-KM**B |

**<u>PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST</u>**

COMES NOW, the Plaintiffs, by Counsel, MARK NICHOLSON, and provides the Defendants with the following list of exhibits and witnesses which may be used at the trial of this cause:

1. Cheree Benefield, Plaintiff: to be contacted through Counsel. Subject matters will include the claims made in the Complaint.

2. Former Officer Myron Howard, *Defendant.*

3. Officer Leon King, *Defendant.*

4. Chief of Police Christopher Bailey, *Defendant.*

5. Representative and/or agent for City of Indianapolis, *Defendant.*

6. Employees, agents, and/or representatives of the Indianapolis Metropolitan Police Department who may know the facts and claims made in the Complaint have yet to be identified.

7. Jose Alexandro Villobos, *Witness.*

8. Plaintiff's mother *(name pending), Witness.*

9. Any and all health care providers who have provided mental health services to Plaintiff.

10. Any individual listed in Defense initial disclosures or on any witness lists.

11. Individuals identified or referenced through investigations or in written discovery responses, documents tendered or produced during discovery, deposition testimony, and/or deposition exhibits.

12. Records custodian(s) necessary to authenticate documents – to be determined; subject matters may include matters relating to the authenticity of documents.

13. Any and all witnesses listed, discovered, or called by the Defendant.

## **Exhibits**

1. Documents and communications with Marion County Sheriff's Department.

2. Defendant's relevant policies and procedures.

3. Documents and other materials related to the incident involved in Plaintiffs' complaint.

4. Documents and other materials related to the investigation of complaints made by Plaintiff.

5. Relevant records and documents regarding Defendant's defenses against Plaintiff's claims.

6. Any documents referenced in Defendant's initial disclosures or on any exhibit list.

7. All documents obtained from nonparties.

8. All documents exchanged by the parties through discovery.

9. All documents showing claims for damages.

10. All documents needed to disprove any defenses and affirmative defenses.

11. Any and all exhibits listed, discovered, or used by the Defendant.

12. Any exhibits or witnesses that may become necessary for impeachment, surrebuttal, or that may later be discovered to the Defendant.

13. Any exhibits that may be used for demonstrative purposes.

14. Any and all exhibits that may later be discovered.

15. Any and all Photographs of the incident area yet to be discovered.

16. Any and all CCTV footage of the incident area yet to be discovered.

Respectfully Submitted,

*/s/ Mark Nicholson*
Mark Nicholson #28311-49
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and the foregoing has been served upon Defendant, via US Mail, and or by electronic filing on or before the date of filing.

Kiely Keesler
T. Sterling Satterfield
Assistant Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
T: (317) 327-4055
F: (317) 327- 3968
Kiely.kessler@indy.gov
Sterling.satterfield@indy.gov

/s/ Mark Nicholson
Mark Nicholson #28311-49
Attorney for Plaintiffs

Law Office of Mark Nicholson
9702 E. Washington St., Suite 171
Indianapolis, IN 46229-2609
317-219-3402
mark@marknicholsonlaw.com
Attorney No. #28311-49