**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CHERRE BENEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>FMR. OFFICER MYRON HOWARD, In his Individual capacity OFFICER LEON KING, in his individual Capacity CHIEF OF POLICE CHRISTOPHER BAILEY, in his Official capacity, and CITY OF INDIANAPOLIS<br><br>Defendants. | ) | Case No. 1:25-cv-00170-TWP-KMB |

**DEFENDANTS' PRELIMINARY EXHIBIT LIST**

Defendants, Myron Howard, Officer Leon King, Chief of Police Christopher Bailey, and City of Indianapolis (collectively "Defendants"), by counsel, submits their Preliminary Exhibit List as follows:

**EXHIBITS**

1. Documents relating to Marion County Superior Court case number 49D31-2404-F1-009144;
2. IMPD Incident Report relating to CAD number IP24001349;
3. IMPD Body Worn Camera Videos;
4. Any relevant IMPD General Orders, Rules or Regulations in effect on January 6, 2024;
5. Any relevant documents identified by Plaintiff in their initial disclosures, exhibit list, or discovery responses;
6. Any relevant documents identified by any Co-Defendant in their initial disclosures, exhibit list, or discovery responses;

7. Any exhibits or witnesses that may become necessary for impeachment or rebuttal;

8. Any additional documents relevant to the claims and defenses in this action which might be discovered as this case moves forward.

Defendants specifically reserve the right to modify, amend, or supplement the foregoing list of exhibits.

Respectfully Submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ Kiely C. Keesler*
Kiely C. Keesler (35980-49)
Assistant Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
kiely.keesler@indy.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing was electronically served on this Monday, August 11, 2025 on all parties.

*/s/ Kiely C. Keesler*
Kiely C. Keesler (35980-49)
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3698