**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

CHERRE BENEFIELD, )
)
Plaintiff, )
)
v. ) Case No. 1:25-cv-00170-TWP-KMB
)
FMR. OFFICER MYRON HOWARD, )
In his Individual capacity )
OFFICER LEON KING, in his individual )
Capacity CHIEF OF POLICE )
CHRISTOPHER BAILEY, in his Official )
capacity, and CITY OF INDIANAPOLIS )
)
Defendants. )

## DEFENDANTS' PRELIMINARY WITNESSES LIST

Defendants, Myron Howard, Officer Leon King, Chief of Police Christopher Bailey, and City of Indianapolis (collectively "Defendants"), by counsel, submits their Preliminary Witness List as follows:

### WITNESSES

1. Cheree Benefield, Plaintiff;
2. Myron Howard, Defendant;
3. Leon King, Defendant;
4. Christopher Bailey, Defendant;
5. Micheal Totten, IMPD Officer;
6. Dustin Greathouse, IMPD Officer;
7. John Green, IMPD Officer;
8. Any other IMPD officer who assisted in any way in the call for service or arrest which occurred prior to the incident that is the subject of Plaintiff's Complaint;

9. Any individual from IMPD who can testify about the decision-making process and related policies regarding the detention and/or arrest of individuals;

10. Any individual who interacted with Plaintiff in the 24 hours prior to or 24 hours after the incident that is the subject of Plaintiff's Complaint;

11. Any individual who accompanied or interacted with Plaintiff or otherwise observed Plaintiff's behavior during and immediately prior to the incident that is the subject of Plaintiff's Complaint;

12. Any individuals identified by Plaintiff in her Rule 26(a)(1) initial disclosures or witness list;

13. Any individuals identified by Plaintiff in response to written discovery;

14. Any individuals identified by any Co-Defendant in their Rule 26(a)(1) initial disclosures or witness list;

15. Any individuals identified by any Co-Defendant in response to written discovery;

16. Any expert witnesses that Defendants may decide to utilize at trial.

17. Any expert witnesses that Plaintiff may decide to utilize at trial.

18. Any expert witnesses that any Co-Defendant may decide to utilize at trial

19. Any individuals deposed in this action;

20. Any individuals necessary to lay the foundation for the admission of exhibits to be used at trial;

21. Any individuals with knowledge and information relevant to the claims and defenses in this action who might be discovered as this case moves forward.

Defendants specifically reserve the right to modify, amend, or supplement the foregoing list of witnesses.

Respectfully Submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ Kiely C. Keesler*
Kiely C. Keesler (35980-49)

Assistant Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
kiely.keesler@indy.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing was electronically served on this Monday, August 11, 2025 on all parties.

*/s/ Kiely C. Keesler*
Kiely C. Keesler (35980-49)
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3698