**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| CHEREE BENEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>FMR. OFFICER MYRON HOWARD in his individual capacity, OFFICER LEON KING in his individual capacity, CHIEF OF POLICE TANYA TERRY in her official capacity, and CITY OF INDIANAPOLIS,<br><br>Defendants. | Case No. 1:25-cv-00170-JRO-KMB |

**UNOPPOSED MOTION FOR UNIFORM PROTECTIVE ORDER**

Defendants Officer Leon King, Chief of Police Tanya Terry and City of Indianapolis, by counsel, with agreement of Plaintiff, by counsel, and Defendant Howard, by counsel, and respectfully move this Court to approve and enter the Uniform Stipulated Protective Order attached hereto as **Exhibit A**.

Respectfully submitted,

*/ s / Amy Stewart Johnson*

Anthony W. Overholt, #16481-49
Amy Stewart Johnson, #16257-49
FBT GIBBONS LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
aoverholt@fbtlaw.com
asjohnson@fbtlaw.com

*Attorneys for Defendants Chief of Police, City of Indianapolis, and Officer King*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of June, 2026, the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/ s / Amy Stewart Johnson*
Amy Stewart Johnson

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
asjohnson@fbtlaw.com

LR02314.0822166 4917-1919-8386v1