IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHEREE BENEFIELD | ) | |
| | ) | |
| Plaintiff, | ) | Case No. **1:25-cv-00170-TWP-KMB** |
| | ) | |
| v. | ) | |
| | ) | |
| FMR. OFFICER MYRON HOWARD in his Individual capacity, OFFICER LEON KING In his individual capacity, CHIEF OF POLICE CHRISTOPHER BAILEY in his official capacity And CITY OF INDIANAPOLIS | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF INTENT TO DEPOSE

COMES NOW, Counsel for the Plaintiff, Cheree Benefield, and hereby notifies the Court that counsel will depose the following on THURSDAY, July 23, 2026, beginning at 10:00 am, via Zoom.

1. Myron Howard
2. Officer Leon King

Respectfully submitted,

By /s/ Mark Nicholson
Mark Nicholson, #28311-49
9702 E. Washington St., Suite 171
Indianapolis, IN 46229
317-219-3402
mark@marknicholsonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and the foregoing has been served upon Defendant, via email.

Amy S Johnson
111 Monument Circle Suite 4500
Indianapolis, IN 46224
asjohnson@fbtgibbons.com

Caren L Pollack
POLLACK LAW FIRM, P.C.
10333 N Meridian Street, Suite 111
Carmel, IN 46290
cpollack@pollacklawpc.com

Kiely Keesler
T. Sterling Satterfield
Assistant Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
T: (317) 327-4055
F: (317) 327- 3968
Kiely.kessler@indy.gov
Sterling.satterfield@indy.gov

/s/ Mark Nicholson
Mark Nicholson #28311-49
Attorney for Plaintiffs

Law Office of Mark Nicholson
9702 E. Washington St., Suite 171
Indianapolis, IN 46229-2609
317-219-3402
mark@marknicholsonlaw.com
Attorney No. #28311-49