**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

CHEREE BENEFIELD,

Plaintiff,

v.

FMR. OFFICER MYRON HOWARD in his individual capacity, OFFICER LEON KING in his individual capacity, CHIEF OF POLICE TANYA TERRY in her official capacity, and CITY OF INDIANAPOLIS,

Defendants.

Case No. 1:25-cv-00170-JRO-KMB

## JOINT STIPULATION OF DISMISSAL

The parties, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1) hereby stipulate to the dismissal with prejudice of all claims in this action, each party to bear its own attorney fees and costs.

For Plaintiff

By:**/s/ Mark Nicholson (w/permission)**
Mark Nicholson, #28311-49
9702 E Washington Street
Suite 171
Indianapolis, IN 46229
mark@marknicholsonlaw.com

For Defendants

By:**/s/ Amy Stewart Johnson**
Anthony W. Overholt, #16481-49
Amy Stewart Johnson, #16257-49
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
aoverholt@fbtgibbons.com
asjohnson@fbtgibbons.com

By:**/s/ Caren Pollack (w/permission)**
Caren Pollack
EICHHORN & EICHHORN, LLP
10201 N. Illinois Street, Suite 240
Indianapolis, IN 46290
cpollack@eichhorn-law.com