UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHEREE BENEFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00170-JRO-KMB |
| | ) | |
| MYRON HOWARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 26, 2026, Plaintiff Cheree Benefield and Defendants FMR Officer Myron Howard in his individual capacity, Officer Leon King in his individual capacity, Chief of Police Tanya Terry in her official capacity, and City of Indianapolis, filed a Joint Stipulation of Dismissal (Docket No. 63) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court acknowledges the dismissal of this action.

**SO ORDERED.**

Date: 8/27/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.